1  COLLINSON LAW
   A Professional Corporation
2  Laura E. Inlow, State Bar No. 130584
       E-mail: inlow@collinsonlaw.net
3  21515 Hawthorne Blvd., Suite 800
   Torrance, California 90503
4  Telephone: (424) 212-7777
   Facsimile: (424) 212-7757
5
6  Attorneys for Defendants, COUNTY OF LOS ANGELES, SHERIFF LEROY
   BACA, ROBERT KEFFER, TIMOTHY CRISE, SHAUN KENNEDY, KELLY
   MARCHELLO, JASON BATES, SERGIO MANCILLA, MATTHEW DENDO,
7  RICHARD CONLEY and MARIO JIMENEZ

8                      UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 NANCY TURNER,                          CASE NO.: CV13-04149 CAS (VBKx)

                  Plaintiff,              [PROPOSED] ORDER ON
12                                        STIPULATION FOR PROTECTIVE
            v.                            ORDER REGARDING DISCLOSURE
13                                        OF LAW ENFORCEMENT
   THE COUNTY OF LOS ANGELES,             PERSONNEL RECORDS AND
14 LEROY DAVID BACA, in his official      RELATED DOCUMENTS
   capacity and as an individual,
15 ROBERT S. KEFFER, in his official
   capacity and as an individual,
16 TIMOTHY W. CRISE, in his official
   capacity and as an individual, SHAUN   Action Filed: June 17, 2013
17 E. KENNEDY, in his official capacity
   and as an individual, KELLY C.
18 MARCHELLO, in his official capacity
   and as an individual, JASON C.
19 BATES, in his official capacity and as
   an individual, SERGIO A.
20 MANCILLA, in his official capacity
   and as an individual, MATT DENDO,
21 in his official capacity and as an
   individual, RICHARD L. CONLEY, in
22 his official capacity and as an
   individual, MARIO JIMINEZ, in his
23 official capacity and as an individual,
   DOES 1-10, INCLUSIVE
24                Defendants.

25

26

27

28
                                        -1-
(PROPOSED) ORDER ON STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF LAW
              ENFORCEMENT PERSONNEL RECORDS AND RELATED DOCUMENTS

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause appearing there for, the Court grants the stipulation for protective order which shall govern certain documents and things in this matter. Note: Follow L.R. 79-5.

**IT IS SO ORDERED.**

DATED: October 8. 2013

By: _____/s/_____
Hon. Victor B. Kenton
United States Magistrate Judge

-2-
(PROPOSED) ORDER ON STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF LAW ENFORCEMENT PERSONNEL RECORDS AND RELATED DOCUMENTS